## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff,**<br><br>VS.<br><br><br>MICHAEL A. O. HERNANDEZ,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>) No. 19-mj-350STE<br>)<br>)<br>)<br>) **Violation: 16 U.S.C., § 668dd(f)(1)**<br>      **50 C.F.R., §27.82(b)(2)**<br>) |

## I N F O R M A T I O N

The United States Attorney charges:

### Count 1

On or about June 4, 2019, in the Western District of Oklahoma at the Wichita Mountains National Wildlife Refuge, at or near Mount Scott,

- - - - - - - - - - - - - - - - **MICHAEL A. O. HERNANDEZ** - - - - - - - - - - - - - -

the defendant, did knowingly possess a controlled substance without a valid prescription, to wit: marijuana.

All in violation of Title 16, United States Code, Section 668dd(f)(1), and Title 50, Code of Federal Regulations, Section 27.82, subsection (b)(2).

Dated this 3rd day of July 2019.

TIMOTHY J. DOWNING
United States Attorney

REBECCA S. ASHBY
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
Tel.: (580) 558-1096